In the Matter of the Claim of MICHAEL STANISZEWSKI, Respondent, against THE FALLS NATIONAL BANK and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

JOHN FARKIS and Others, Respondents, v. PARKER & GRAHAM, INCORPORATED, Appellant.— Appeal dismissed, with costs, for failure to file briefs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

SCHENECTADY TILE COMPANY, INC., Respondent, v. GEORGE COLON CONSTRUCTION CO., INC., Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

HARRY W. SYMANSKY, Respondent, v. A. A. BECKER & CO., INC., and Others, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

RALPH J. HASKELL, Respondent, v. ROSA COPPOLA, Appellant.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

JAMES CONLIFF and Another, Appellants, v. LOWELL J. GREENIER and Another, Respondents.— Judgment and order reversed on the law and new trial granted, with costs to the appellants to abide the event, on the ground that there was a question of fact which should have been submitted to the jury. Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ., concur.

THE DELAWARE AND HUDSON COMPANY, Respondent, v. THE MECHANICVILLE AND FORT EDWARD RAILROAD COMPANY, Defendant, Impleaded with BOSTON AND MAINE RAILROAD COMPANY, Appellant.— Motion for leave to appeal granted. The court certifies that in its opinion a question of law is involved which ought to be reviewed by the Court of Appeals. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ. [See ante, p. 722.]